UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*ELECTRONICALLY FILED*

JERAL TIDWELL
1028 Highland Avenue
Louisville, KY 40204

PLAINTIFF

vs.

CIVIL ACTION NO. 3-13-cv-187-H

JGR COPA, LLC
5611 Dewey Street
Hollywood, FL 33023

SERVE: Jacob Goldzer
5611 Dewey Street
Hollywood, FL 33023

SERVE: Office of the Secretary of State
Summonses Branch
Suite 86
700 Capital Avenue
Frankfort, KY 40601

and

K MART CORPORATION
3333 Beverly Road
Hoffman Est, IL 60179

SERVE: CT Corporation System
Suite 512
306 W. Main Street
Frankfort, KY 40601

and

DREAMWAY TRADING LLC
111 Highline Drive
Longwood, FL 32750

SERVE: Jeff Bishop
111 Highline Drive
Longwood, FL 32750

SERVE: Office of the Secretary of State
Summonses Branch
Suite 86
700 Capital Avenue
Frankfort, KY 40601

and

WAL-MART STORES, INC.
702 SW 8th Street
MS #0555
Bentonville, AR 72716

SERVE: CT Corporation System
Suite 512
306 W Main Street
Frankfort, KY 40601

and

THE KROGER CO.
d/b/a TomThumb
1014 Vine Street
Cincinnati, OH 45202

SERVE: CSC-Lawyers Incorporating
Service Company
421West Main Street
Frankfort, KY 40601

and

AMAZON.COM LLC
410 Terry Avenue, N
Seattle, WA 98109

SERVE: CSC-Lawyers Incorporating
Service Company
421West Main Street
Frankfort, KY 40601

and

JOHN DOES Numbers 1 through 99 )
)
DEFENDANTS )

**VERIFIED COMPLAINT**

Plaintiff, Jeral Tidwell ("Tidwell"), for his Complaint against Defendants states as follows:

**INTRODUCTION**

1. This is a Complaint for injunctive relief and for civil damages. The Complaint herein states a claim for Copyright Infringement pursuant to 17 U.S.C. §101 *et seq*. by and through Defendants' unlawful copying, reproduction, manufacture, importation, distribution, sale, and use of Plaintiff's copyrighted material in Defendants' products which they market and sell to the public.

**PARTIES**

2. Plaintiff in this action is Jeral Tidwell, an individual residing and doing business in the Commonwealth of Kentucky.

3. Defendant, JGR COPA, LLC., is a Florida limited liability company with its principal office located at 5611 Dewey Street, Hollywood, FL 33023.

4. Defendant, K Mart Corporation is a Michigan Corporation with its principal office located at 3333 Beverly Road, Hoffman Est., Ill 60179, and is licensed to do business in the Commonwealth of Kentucky.

5. Defendant Dreamway Trading, LLC is a Florida limited liability company with its principal office located at111 Highline Dr., Longwood, FL 32750, doing business in the Commonwealth of Kentucky.

6. Defendant Wal Mart Stores, Inc. is a Delaware corporation with its principal office located at 702 SW 8th St MS#0555, Bentonville, AR 72716, and is licensed to do business in the Commonwealth of Kentucky.

7. Defendant Kroger Co., is an Ohio corporation with its principal office located at 1014 Vine St., Cincinnati, OH 45202, and is licensed to do business in the Commonwealth of Kentucky.

8. Defendant Amazon.com, LLC is a Delaware limited liability company with its principal office located in Seattle, Washington, and is licensed to do business in the Commonwealth of Kentucky.

9. John Does Numbers 1 through 99 are fictitious names for Defendant persons or business entities which have reproduced, manufactured, imported, copied, distributed, displayed and sold the infringing goods, merchandise and materials which are the subject of the Complaint herein for or on behalf of the Defendants named at numerical paragraph 3 above, or in concert or privity with them, including said Defendants' manufacturers, importers, distributors, exhibitors, and vendors, and for Defendant persons, including corporate officers, directors, managers, operators, representatives, and agents, or business entities having the right to supervise the infringing activities and a financial interest therein. The true identities of these Defendants are yet unknown to Plaintiff.

10. At all times relevant herein, Defendants were variously engaged in the business of manufacturing, publishing, marketing, promoting, distributing, displaying, and selling, among other things, body boards and skim boards, goods, merchandise and materials embodying and otherwise incorporating the infringing works which are the subject of this lawsuit.

**JURISDICTION AND VENUE**

11. This Court has jurisdiction over this controversy pursuant to 28 U.S.C. §1331, 28 U.S.C. §1332, 28 U.S.C. §1338 and 17 U.S.C. §101 *et seq*. as the Complaint alleges a violation of federal Copyright Law.

12. Venue in the Western District of Kentucky is proper under 28 U.S.C. §1391(b)(2) and (3), because a substantial part of the events giving rise to the claim herein took place within the Western District of Kentucky, a fact sufficient to confer jurisdiction

under Kentucky's Long-Arm Statute, KRS 454.210. Defendants transact business in Kentucky and/or willfully infringed Plaintiff's copyright, knowing that Plaintiff resided within Kentucky.

**COPYRIGHT INFRINGEMENT**

13. At all times relevant herein, Plaintiff was variously engaged in the business of creating, manufacturing, marketing, distributing and selling works of visual art.

14. In 2007, Plaintiff created his work known as "Tidwell Flying Eyeball," which is a two dementional work of visual art depicting a winged eyeball wearing a baseball cap imprinted with brass knuckles against a decorative background consisting of thin blue lines. Wrapped around the lines below the eyeball is a banner that reads "TIDWELL." (Hereafter referred to as "Plaintiff's Work")

15. A true and accurate depiction of Plaintiff's Work is attached is reproduced below and incorporated herein by reference as Exhibit "A."

TIDWELL
2007
TIDWELL
WWW.HUMANTREE.COM

16. Plaintiff's Work was first published in February, 2007, appearing on his website, www.humantree.com, for purchase in various formats, including tshirts, posters, and stickers.

17. Plaintiff's Work was also included in all orders shipped out by Plaintiff to his customers in the form of a complementary sticker.

18. In the summer of 2012, Plaintiff learned that Defendants have been copying, reproducing, manufacturing, importing, distributing, displaying, marketing and selling body boards and skim boards bearing images substantially similar to Plaintiff's Work, photographs of which are reproduced below, and incorporated herein by referenced as Exhibit B. (The items below are referenced collectively herein as the "Infringing Merchandise").

COPA
Beach, Sport, Surf
Accessories
Bags
Boards
Extreme
Chairs
Towels
Umbrellas
Harley
MOTOR
HARLEY-DAVIDSON
CYCLES
Catalog | About Us | Contact Us | Client Login
previous
115
next
page no.
EPS Body Boards with Leash
Case Pack: 6 Assorted
Classic Series
41000-9 X-Large Boards
12-33
12-03
12-16
09-12
11-05
11-01
New Wave Series
41625-4 X-Large Boards
WAVE
ENERGY
HIGH
VOLTAGE
12-02
11-07
12-12
12-01
12-55
12-05
Tribal Series
41350-5 X-Large Boards

humantree
http://www.humantree.com/
's Amazon.com
Today's Deals
Gift Cards
Help
Shop by Department
Search
Sports & Outdoors
flying eyeball
Sports & Outdoors
Athletic & Outdoor Clothing
Bikes & Scooters
Boating & Water Sports
Exercise & Fitness
Fan Shop
Golf
Outdoor Recreation
Shoes
Team Sports
Department
‹ Any Department
Sports & Outdoors
Action Sports (2)
Boating & Water Sports (2)
Brand
Things2Die4 (2)
Seller
Coolstuff4u (2)
Listmania!
Listmania!
create your list
HERE
learn how
Create a Listmania! list
Sports & Outdoors › "flying eyeball"
Showing 2 Results
1.
2.
Black and Gray Skim Board with Flying Eyeball 35 In.
Buy new: $24.99
› Show only Things2Die4 items
Black and Gray Skim Board with Flying Eyeball 37 In.
Buy new: $24.99
› Show only Things2Die4 items
Results for "flying eyeball" in All Departments (See all 57 results)

www.amazon.com/Floating-Eyeball-Wings-Board-Boogie/dp/B007I84WJI
amazon
Jerai's Amazon.com Today's Deals Gift Cards Help
FREE One-Day Shipping on Select Gifts
Just in time for Father's Day
Shop by Department
Search Sports & Outdoors
Go
Hello, Jerai Your Account
Cart
Wish List
Sports & Outdoors Athletic & Outdoor Clothing Bikes & Scooters Boating & Water Sports Exercise & Fitness Fan Shop Golf Outdoor Recreation Shoes Team Sports Sales & Deals
More Amazon.com Search Results for "eyeball bodyboard"
Cool Floating Eyeball with Wings Body Board 33 in.
Buy new: $23.99
1 Used & new from $23.99
Cool Floating Eyeball with Wings Body Board Boogie Board
by Things2Die4
Be the first to review this item
Like (0)
Price: $27.99
In Stock.
Ships from and sold by Coolstuff4u.
Only 16 left in stock--order soon.
Father's Day Gifts
Father's Day Gifts in Sports & Outdoors
Discover a collection of gift ideas for dads, uncles, and grandfathers who like camping & hiking, golf, cycling, hunting & fishing, athletic clothing, and more. Shop now.
Quantity: 1
$27.99
In Stock. Sold by Coolstuff4u
Add to Cart
or 1-Click Checkout
Buy now with 1-Click
Ship to: JERAL TIDWELL-LOUISV
Add to Wish List
More Buying Choices
Have one to sell? Sell on Amazon
Share
See larger image and other views
Share your own customer images
Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)
Neo Pool toys and floats - Superior buoyancy, Fabulous Comfort Quality and fun and guaranteed! www.t2marketplace.com/
Awesome Fun Pool Floats - Mega Selection, More Than 600 Items Get Ready For Summer, Order now! www.poolrafts.com/Pool-Floats
70% Off Bodyboarding Gear - We Sell Premium Gear Super Cheap @ The Clymb®: Leer Here At Our Gear! www.theclymb.com/
See a problem with these advertisements? Let us know
Advertise on Amazon
Product Features
31 in. Long
10 in. Wide Nose, 17 in. Wide Tail
Styrofoam Core/Nylon Covering
Detachable Nylon Wrist Leash
Product Description

packaging is ... Read more
Skull Planet
Visit my eBay Shop
Sign up for newsletter
Shop categories
Shop home
Fashion
Jewelry
Cufflinks & Tie Clips
Necklaces & Pendants
Bracelets
Wristbands
Rings
Earrings
Money Clips
Wallet & Jeans Chains
Pins & Brooches
Real Bug Jewelry & Keychains
Purses, Bags & Wallets
Evening Bags
Rhinestone & Studded Handbags
Other Bags
Animal Prints
Wallets
Backpacks & Messenger Bags
Tote Bags
Other Handbags
Hobo Bags
Bible Covers
Laptop Cases
Passport Covers
Diaper Bags
Hats & Scarves
Belt Buckles
Popular Culture
Skulls
SQUARE TRADE
Trusted Seller
Cool Floating Eyeball with Wings Body Board 33 in.

COPA
Beach, Sport, Surf
Accessories
Bags
Boards
Extreme
Chairs
Towels
Umbrellas
Harley
Catalog | About Us | Contact Us | Client Login
previous
113
next
page no.
EPS Body Boards with Leash
Case Pack: 6 Assorted
New Wave
33725-2 Medium Boards
12-13
11-07
12-08
12-05
12-55
12-01
Tribal Series
33150-2 Medium Boards
11-09
11-18
12-34
09-04
12-07
12-12
Serve and Protect
33925-6 Medium Boards
11-11
12-25
12-26
En Garde
33185-4 Medium Boards
12-27
12-28
12-29

4 Stores & 1 Easy Convenient Checkout
Login
My Account
Wish List
0 ITEMS
Shopping Cart
Total: $0.00
CHECKOUT
Dreamway Trading
Things 2 Die 4
Skull Planet
Cool Stuff 4 U
Cool Stuff 4U
News
Daily Deal
Gift Cards
Contact Us
About Us
Search
Fashion
Jewelry
Luggage and Travel
Pet Products
Beach Gear
Purses, Bags and Wallets
CoolStuff4U > Beach Gear > Fun N Games
Black And Gray Skim Board With Flying Eyeball 37 In.
Item CP69
Our Price: $24.99
Item Overview
• 37 in. Long
• 20 in. Wide Center, 10 1/2 in. Wide Tail
• Multilayer Plywood Core/Polyurethane
• Recommended Weight Limit: 75-110 Pounds
Add to Cart
Add to Wishlist
Zoom
Item Description
Customer Reviews
Shipping Information
This item will be carefully packed in our warehouse in Florida, and generally ships within one business day. We offer several different shipping methods to meet your delivery needs. Your shipping and handling charges are summarized at checkout and most packages in your order can be tracked via our carriers' websites. Express Shipping orders received by noon Eastern Time on a business day will arrive next business day, where overnight shipping is available. Orders placed after noon Eastern Time will arrive in 2 business days. (Saturday and Sunday are not considered business days.)
We cannot guarantee weekend delivery.
Customer Reviews
Write a Review
Read 0 Review
Print This Page
Share This Item

19. Plaintiff has been and is the author and sole proprietor of all right, title and interest, including copyright, in and to the "Tidwell Flying Eyeball" Work.

20. Plaintiff received from the United States Copyright Office Certificate of Registration VA1-838-998, for the "Tidwell Flying Eyeball" Work, having an Effective Registration Date of August 3, 2012, a copy of which Certificate is attached hereto and incorporated herein by reference as Exhibit C.

21. Defendants individually, or by and through their agents, employees and representatives, with notice of Plaintiff's right, title and interest in and to Plaintiff's Work, and without Plaintiff's authorization, have used Plaintiff's Work to manufacture, reproduce, copy, publish, display, distribute, transmit, sell and otherwise market their Infringing Merchandise.

22. Upon information and belief, Defendants willfully and deliberately infringed said Plaintiff's copyright by copying Plaintiff's Work, and manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling or otherwise placing on the market Defendants' Infringing Merchandise and, thus, using Plaintiff's Work without authorization, all to Plaintiff's detriment.

23. Upon information and belief, Defendants have manufactured, reproduced, imported, published, displayed, distributed, transmitted, marketed, promoted and sold the Infringing Merchandise and will, unless restrained, continue to do so in the future.

24. Defendants' infringement of Plaintiff's copyright has caused and will continue to cause immediate and irreparable harm to Plaintiff unless enjoined by this Court.

WHEREFORE, Plaintiff respectfully requests the following relief:

A. A declaration from this Court that Defendants infringed Plaintiff's copyright;

B. A temporary restraining order and permanent injunction restraining Defendants, their agents, servants, employees, successors, assigns and all others in concert or privity with them from infringing Plaintiff's Work, and from manufacturing, reproducing, importing, publishing, displaying, distributing, transmitting, selling or otherwise placing on

the market Defendants' Infringing Merchandise and, thus, using Plaintiff's copyrighted Work without authorization;

  C. That Defendants be required to account to Plaintiff for Defendants' profits and the actual damages suffered by Plaintiff as a result of Defendants' infringement;

  D. That Defendants be ordered to surrender to Plaintiff all property, tangible and intangible including, but not limited to all goods, merchandise and materials which infringe upon Plaintiff's copyrighted Works and all tooling, templates, patterns or other means and media used by Defendants to copy, manufacture, reproduce, publish, display, distribute, transmit, market, promote, license and sell Defendants' Infringing Merchandise;

  E. That Plaintiff be awarded actual damages and profits or statutory damages against Defendants, in an amount to be determined, subject to Plaintiff's election with respect thereto;

  F. That Defendants be compelled to pay Plaintiff's attorney fees and costs in connection with this action;

  G. For leave to amend this Verified Complaint, including by adding parties and claims and by amending this prayer for damages, and otherwise, as the facts and circumstances may warrant from time to time;

  H. For trial by jury of all issues so triable; and

  I. For all other and further relief to which Plaintiff may otherwise be entitled.

Respectfully submitted,

*/s/ Laura E. Landenwich*
Laura E. Landenwich
Clay Frederick Adams PLC
Suite 101 Meidinger Tower
462 South Fourth Street
Louisville, KY 40202
(502) 561-2005
laura@justiceky.com
Counsel for Plaintiff

**VERIFICATION**

I hereby verify that the factual recitations asserted in the foregoing Verified Complaint are true and correct to the best of my knowledge, information and belief.

______________________________
Jeral Tidwell

COMMONWEALTH OF KENTUCKY )
) ss:
COUNTY OF JEFFERSON )

SUBSCRIBED AND SWORN TO before me by Jeral Tidwell, this 28th day of January, 2013.

My commission expires: July 1, 2014.

______________________________
Notary Public, State-at-Large, Kentucky